IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SQUARE D COMPANY,

      Plaintiff,                              No. CIV S-08-mc-0018 GEB EFB

  vs.

JRL ELECTRIC SUPPLY, INC.,              Case no. CV 07-5787 SVW (ssx)
Pending in the C.D. of California

      Defendant.

_____/

      This matter before the undersigned on February 27, 2008, for hearing on moving party Square D Company's motion to compel compliance with a subpoena served on non-party Art Bustos, pursuant to Fed. R. Civ. P. 45(c)(2)(B)(i). Chung-Han Lee appeared as counsel for the moving party and Mr. Art Bustos appeared on his own behalf. For the reasons stated on the record at the hearing, Square D's motion is granted, and Mr. Bustos is ordered to comply with the subpoena within twenty days from the date of the hearing.

      The underlying action between Square D Company ("Square D") and JRL Electric Supply, Inc., which is pending in the Central District of California, and concerns Square D's claims that JRL Electric Supply ("JRL") unlawfully sold counterfeit Square D circuit breakers in violation of the Lanham Act. Through discovery, Square D learned that Mr. Bustos is one of JRL's primary suppliers of Square D circuit breakers. *See* Exs. C, D to Square D's Motion.

1  On January 2, 2008, Square D served a subpoena on Mr. Bustos requesting that he produce documents in his possessing reflecting his purchase, import, distribution and sale of Square D circuit breakers from January 1, 2000, to the present. *See* Exh. E. to Motion.

Mr. Bustos has repeatedly refused to comply with the subpoena, making several unavailing objections. For example, he has argued that the subpoena is unduly burdensome because it requires him to travel more than one hundred miles from his residence. To the contrary, the subpoena requests that he produce responsive documents at his place of business. Mr. Bustos has also argued that he needs to review JRL's answer to the complaint before he can comply with the subpoena. The court has reviewed the subpoena and the categories of documents identified therein and finds it sufficiently clear and particularized to guide Mr. Bustos' production of documents. At the hearing, Mr. Bustos was unable to offer any valid reason to justify his non-compliance with the subpoena.

Accordingly, Square D's motion to compel compliance with the subpoena is granted, and Mr. Bustos is ordered to comply within twenty-one days from the date of the hearing.

SO ORDERED

DATED: March 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE